HC

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. '08 MJ 2041 |
| | ) | |
| | ) | COMPLAINT FOR VIOLATION OF |
| VS | ) | 21 U.S.C. Sections 952 & 960, |
| | ) | Importation of a Controlled Substance |
| Daniel ESPARZA. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

COUNT 1

That on or about July 03, 2008, within the Southern District of California, Daniel ESPARZA did knowingly and intentionally import approximately 79.70 kilograms (175.34 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

M Brown

Michael Brown, Special Agent
U.S. Immigration and
Customs Enforcement (ICE)

Sworn to before me and subscribed in my presence, this 7th day of July 2008.

W McCurine Jr

United States Magistrate-Judge

MC

Daniel ESPARZA

## PROBABLE CAUSE STATEMENT

I, Special Agent Michael Brown, declare under penalty of perjury, the following is true and correct.

On July 03, 2008, at approximately 2115 hours, Daniel ESPARZA driving a 1996 Ford Econoline van bearing California license plate number 4FBA639, applied for entry into the United States from Mexico at the San Ysidro, CA Port of Entry via vehicle primary lane number 09.

On July 03, 2008, at approximately 2115 hours, Canine Enforcement Officer Jose Rocha, who was assigned to the San Ysidro Port of Entry, utilized his narcotics detector dog to screen a Ford Econoline van bearing California/U.S. license plate number 4FBA639 while on preprimary lane # 09. CEO Rocha stated that his assigned narcotics detector dog alerted to the presence of a narcotic odor emitting from the undercarriage of the Ford Econoline van.

Customs & Border Protection Officer (CBPO) Ian Bow, who was assigned to preprimary roving operations at the San Ysidro POE, stated that he approached Daniel ESPARZA, the sole occupant of the Ford Econoline van bearing California license plate 4FBA639, and received two negative Customs declarations from ESPARZA. After learning of the NDD alert, CBPO Bow escorted ESPARZA to the San Ysidro POE security office. The Ford Econoline van was driven to the vehicle secondary lot by another CBPO.

On July 03, 2008, at approximately 2145 hours, CBPO Pablo Chavarry, while working in the San Ysidro POE vehicle secondary lot, was assigned the inspection of the Ford Econoline. CBPO Chavarry discovered plastic-wrapped

packages of a green leafy substance concealed beneath a non-factory manufactured floor compartment in the Ford Econoline. A field-test on the contents of a randomly selected package resulted in a positive reaction for marijuana. A total of fifty-nine packages of marijuana with an approximate weight of 79.70 kilograms/175.35 pounds were removed from the Ford Econoline.

On July 03, 2008, at approximately 2330 hours, Daniel ESPARZA was advised of his Miranda Rights, in the English language, by U.S. Immigration and Customs Enforcement (ICE) Special Agent (SA) Michael Brown. San Diego Police Officer Jeffrey Salinas was present during ESPARZA'S advisement and waiver of Miranda rights. Post-Miranda rights, ESPARZA admitted to smuggling marijuana into the U.S. from Mexico in exchange for an undisclosed amount of money.

M Brown

Michael Brown, Special Agent
U.S. Immigration & Customs Enforcement

packages of a green leafy substance concealed beneath a non-factory manufactured floor compartment in the Ford Econoline. A field-test on the contents of a randomly selected package resulted in a positive reaction for marijuana. A total of fifty-nine packages of marijuana with an approximate weight of 79.70 kilograms/175.35 pounds were removed from the Ford Econoline.

On July 03, 2008, at approximately 2330 hours, Daniel ESPARZA was advised of his Miranda Rights, in the English language, by U.S. Immigration and Customs Enforcement (ICE) Special Agent (SA) Michael Brown. San Diego Police Officer Jeffrey Salinas was present during ESPARZA'S advisement and waiver of Miranda rights. Post-Miranda rights, ESPARZA admitted to smuggling marijuana into the U.S. from Mexico in exchange for an undisclosed amount of money.

M Brown

Michael Brown, Special Agent
U.S. Immigration & Customs Enforcement

W McCurine Jr.
7/4/08, 1233 hrs